IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE T. MOTEN, | ) | No. C 11-6699 LHK (PR) |
| Plaintiff, | ) ) | ORDER TO RE-OPEN |
| v. | ) ) | |
| WARDEN K. ALLISON, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On February 17, 2012, the Court dismissed this action without prejudice based on Plaintiff's failure to timely submit an application to proceed in forma pauperis ("IFP"), or pay the filing fee. On that same day, the Clerk of the Court filed Plaintiff's motion for leave to proceed in forma pauperis. Accordingly, the Court sua sponte RE-OPENS this action. The Court will conduct its initial screening in a separate order.

IT IS SO ORDERED.

DATED: 2/27/12

LUCY H. KOH
United States District Judge

Order to Re-Open
G:\PRO-SE\SJ.LHK\CR.11\Moten699reo.wpd